IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:14-cv-244-FL

ANTHONY E. BANKS,               )
                                )
          Plaintiff,            )
                                )
     v.                         )          ORDER
                                )
CAROLYN W. COLVIN,              )
Acting Commissioner of Social Security,   )
                                )
          Defendant.            )


     This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and

Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to

Defendant's Motion for Remand to the Commissioner.

     For good cause shown, the Court hereby reverses the Commissioner's decision under

sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner

for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan,

501 U.S. 89 (1991). On remand, the period under administrative review on remand will run

through July 19, 2013. On a subsequent application, Plaintiff was found disabled beginning July

20, 2013. That decision will not be disturbed upon remand of this action.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the

Federal Rules of Civil Procedure.

SO ORDERED this 24th day of April, 2015.


_____
LOUISE W. FLANAGAN
United States District Judge