UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANTHONY BANKS,

   Plaintiff,

v.

**JUDGMENT**

No. 7:14-CV-244-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

   Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 24, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 24, 2015, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

April 24, 2015        JULIE RICHARDS JOHNSTON, CLERK
             /s/ Christa N. Baker
            (By) Christa N. Baker, Deputy Clerk